1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9      **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11

EMMANUEL P.,[1]                                    Case No. SA CV 20-1775 MRW

12                                                 JUDGMENT
              Plaintiff,

13

        v.

14

KILOLO KIJAKAZI,

15   Acting Commissioner of Social
     Security,

16

              Defendant.

17

18         It is the judgment of this Court that the decision of the

19   Administrative Law Judge is VACATED, and the matter is REMANDED to

20   the Social Security Administration on an open record for further

21   proceedings consistent with the Court's Order.

22

23

24

     Date: October 19, 2021        _____

25                                  HON. MICHAEL R. WILNER
                                    U.S. MAGISTRATE JUDGE
26

27      [1]      Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and
     the recommendation of the Committee on Court Administration and Case Management of the

28   Judicial Conference of the United States.