# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL PEREZ, | Case No.: 8:20-cv-01775-MRW |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,075.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 11/10/2021

THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

-1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING

3         /s/ *Lawrence D. Rohlfing*

4    _____
     Lawrence D. Rohlfing
5    Attorney for plaintiff Emmanuel Perez

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26